398

TOWN OF KEARNY, PLAINTIFF-RESPONDENT, v. JEAN SEGAL, *ET AL.*, DEFENDANTS-PETITIONERS AND DEPARTMENT OF CONSERVATION AND ECONOMIC DEVELOPMENT, DIVISION OF RESOURCE DEVELOPMENT OF THE STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

*Mr. Arthur E. Dienst* for the petitioner.

*Mr. Robert J. McCurrie, Mr. Arthur J. Sills* and *Mr. Edwin Stallman* for the respondents.

March 26, 1968. Denied.